IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

TEAM INDUSTRIAL SERVICES, INC.,

    Plaintiff,

vs.

ZURICH AMERICAN INSURANCE COMPANY, KELLI MOST, individually and as personal representative of the ESTATE OF JESSE HENSON, TRACY DUNNAWAY, BAILEY BURCHETT, individually and as administrator of the ESTATE OF DAMIEN "CRAIG" BURCHETT, DALTON BURCHETT, and WESTAR ENERGY, INC., N/K/A EVERGY KANSAS CENTRAL, INC.

    Defendants.

Case No. ___

## EXHIBIT LIST

| Exhibit | Description |
| --- | --- |
| Exhibit A | Contract Change Order |
| Exhibit B | Aon Enrollment Application |
| Exhibit C | March 14, 2016 Change Order |
| Exhibit D | Aug. 3, 2018 Team's Tender Letter |
| Exhibit E | Oct. 10, 2018 Zurich's Denial Letter |
| Exhibit F | Nov. 30, 2018 Team Letter |
| Exhibit G | June 5, 2019 Zurich Letter |
| Exhibit H | Zurich OCIP policy |