UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Team Industrial Services, Inc.,

Plaintiff(s),

v.   Case No. 2:19-cv-02710-HLT-KGG

Zurich American Ins. Co., *et al.,*

Defendant(s).

### JOINT STIPULATION DISMISSING SPECIFIED DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Team Industrial Services, Inc., and Defendants Zurich American Insurance Company; Westchester Fire Insurance Company; Endurance American Insurance Company; Evergy Kansas Central, Inc., f/k/a Westar Energy, Inc.; Kelli Most, individually and as personal representative of the Estate of Jesse Henson; Carol Anno; Tracy Dunnaway; Bailey Burchett, individually and as administrator of the Estate of Damien "Craig" Burchett; and Dalton Burchett (collectively, the "Parties"), jointly stipulate to dismissal with prejudice of all claims, actions, or rights to relief asserted as to:

1)  Defendant Carol Anno;

2)  Defendant Tracy Dunnaway;

3)  Defendant Bailey Burchett, individually and as administrator of the Estate of Damien "Craig" Burchett; and

4)  Defendant Dalton Burchett.

With respect to dismissal of the specified Defendants, all costs shall be borne by the Party incurring the same.

This stipulation does *not*, otherwise, implicate or effect the dismissal of any claims, actions, or rights to relief as between Plaintiff Team Industrial Services, Inc. and:

1

1) Defendant Zurich American Insurance Company;

2) Defendant Westchester Fire Insurance Company;

3) Defendant Endurance American Insurance Company;

4) Defendant Evergy Kansas Central, Inc., f/k/a Westar Energy, Inc.; or

5) Defendant Kelli Most, individually and as personal representative of the Estate of Jesse Henson.

Dated:   June 2, 2021

**HORN AYLWARD & BANDY, LLC**

s/ Robert M. Pitkin
Robert M. Pitkin          KS #13868
K. Christopher Jayaram    KS #23123
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108
Telephone: (816) 421-0700
Facsimile: (816) 421-0899
rpitkin@hab-law.com

Nolan C. Knight
Texas State Bar No. 24027125
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas   75201
Telephone:   214.855.7500
Facsimile: 214.855.7584
nknight@munsch.com

*Attorneys for Team Industrial Services, Inc.*

s/ Meredith A. Webster (w/permission)
Larry D. Fields, KS #15753
Meredith A. Webster, KS #25103
Kutak Rock LLP
2300 Main Street, Suite 800
Kansas City, MO   64108
Telephone: (816) 960-0090
Facsimile: (816) 960-0041
larry.fields@kutakrock.com
meredith.webster@kutakrock.com

*Attorneys For Defendant Zurich American Insurance Company*

s/ Suzanne A. Schlicher (w/permission)
Scott D. Hofer
Kansas Bar No. 15787
shofer@fwpclaw.com
Kevin Brooks
Kansas Bar No. 25390
kbrooks@fwpclaw.com
FOLAND, WICKENS, ROPER, HOFER & CRAWFORD,    PC

        1200 Main Street, Suite 2200
        Kansas City, Missouri 64105
        Telephone (816) 472-7474
        Facsimile (816) 472-6262

        Danny Worker
        Missouri Bar No. 67620
        Illinois Bar No. 6195554
        dan.worker@lewisbrisbois.com
        550 W. Madison Street, Suite 300
        LEWIS BRISBOIS BISGAARD & SMITH, LLP
        Chicago, Illinois 60661
        Telephone (312) 345-1718
        Facsimile (312) 345-1778

        Sarah R. Smith
        Texas Bar No. 24056346
        USDC – SD Texas No. 1196616
        sarah.smith@lewisbrisbois.com
        Suzanne A. Schlicher
        Texas Bar No. 02601800
        USDC – SD Texas No. 15040
        suzanne.schlicher@lewisbrisbois.com
        LEWIS BRISBOIS BISGAARD & SMITH, LLP
        24 Greenway Plaza, Suite 1400
        Houston, Texas 77046
        Telephone (713) 659-6767
        Facsimile (713) 759-6830

        *Attorneys for Westchester Insurance Company*

        <u>s/ Michael C. Kirkham (w/permission)</u>
        Michael C. Kirkham   KS Bar No. 20284
        SANDERS WARREN RUSSELL & SCHEER LLP
        Compass Corporate Centre
        11225 College Boulevard, Suite 450
        Overland Park, Kansas 66210
        Phone: (913) 234-6100
        Fax: (913) 234-6199
        m.kirkham@swrsllp.com

        *Attorneys for Endurance American Insurance Company*

**Stevens & Brand LLP**

s/ Bradley R. Finkeldei (w/permission)
John T. Bullock, KS #15119
Bradley R. Finkeldei, KS #19470
Kate M. Simpson, KS #26453
900 Massachusetts Street, Suite 500
Lawrence, KS 66044
785-843-0811
785-843-0341 – Fax
jbullock@stevensbrand.com
bfinkeldei@stevensbrand.com
ksimpson@stevensbrand.com

*Attorneys for Evergy Kansas Central, Inc. f/k/a Westar Energy, Inc.*

**FOLAND, WICKENS, ROPER, HOFER & CRAWFORD, P.C.**

s/ Cory Itkin (w/permission)
Wm. Clayton Crawford         KS #77799
Jordon T. Stanley            KS #21990
1200 Main Street, Suite 2200
Kansas City, MO 64105
(816) 472-7474
(816) 472-6262 (fax)
ccrawford@fwpclaw.com
jstanley@fwpclaw.com

Cory Itkin
ARNOLD & ITKIN LLP
6009 Memorial Drive
Houston, Texas 77007
713-222-3800
citkin@arnolditkin.com
jaiteam@arnolditkin.com

Leo Logan
WALLACE SAUNDERS LAW FIRM
10111 West 87th Street
Overland Park, Kansas 66212
913-752-5555
llogan@wallacesaunders.com

*Attorneys for Defendant Kelli Most*

**POTTROFF & KARLIN, LLC**

/s/ Nathan L. Karlin (w/permission)
**NATHAN L. KARLIN**, #26392
320 Sunset Avenue
Manhattan, Kansas 66502-3757
Phone: 785-539-4656
Fax: 785-539-1750
Email: nathan@pottroff.com
**Attorney for Defendants Tracy Dunnaway and Carol Anno**

**BARTIMUS FRICKLETON ROBERTSON RADER, P.C.**

/s/ Michael C. Rader (w/permission)
MICHAEL C. RADER KS BAR # 19585
JAMES FRICKLETON KS BAR # 20602
MICHELLE MARVEL KS BAR # 23511
11150 Overbrook Road, Suite 200
Leawood, KS 66211
(913) 266-2300 (tel)
(913) 266-2366 (fax)
mrader@bflawfirm.com
jimf@bflawfirm.com
mmarvel@bflawfirm.com

**ATTORNEYS FOR BURCHETT DEFENDANTS**