# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| TEAM INDUSTRIAL SERVICE INC., | |
|     Plaintiff, | |
| v. | Case No. 2:19-cv-02710-HLT |
| ZURICH AMERICAN INSURANCE COMPANY, KELLI MOST, individually and as personal representative of the ESTATE OF JESSE HENSON; DORIAN HENSON; CECILIA HENSON; TRACY DUNNAWAY; CAROL ANNO; BAILEY BURCHETT, indivdually and as administrator of the ESTATE OF DAMIEN "CRAIG" BURCHETT; DALTON BURCHETT; and WESTAR ENERGY, INC., N/K/A EVERY KANSAS CENTRAL, INC. | |
|     Defendants. | |
| WESTCHESTER FIRE INSURANCE COMPANY | |
|     Applicant for Intervention, | |
| v. | |
| TEAM INDUSTRIAL SERVICES, INC., KELLI MOST, Individually and as Person Representative of the ESTATE OF JESE HENSON, DORIAN HENSON, CECILIA HENSON, TRACY DUNNAWAY; CAROL ANNO; BAILEY BURCHETT, Individually and as Administrator of the ESTATE OF DAMIEN "CRAIG" BURCHETT; DALTON BURCHETT; and WESTAR ENERGY, INC., N/K/A EVERY KANSAS CENTRAL, INC. | |
|     Defendant. | |

134955019.1

## MEMORANDUM IN SUPPORT OF DEFENDANT WESTCHESTER FIRE INSURANCE COMPANY'S JOINT STIPULATED BILL OF COSTS

Defendant Westchester Fire Insurance Company ("Westchester"), in support of its Bill of Costs, states as follows:

1. Plaintiff Team Industrial Services, Inc. ("Plaintiff") filed suit against Defendant and other parties in this Court.

2. This Court granted Westchester's Motion for Summary Judgment. Doc. 367. The United States Court of Appeals For the Tenth Circuit affirmed this judgment. Doc. 374.

3. All of Plaintiff's claims have been adjudicated, final judgment was entered in Westchester's favor, and the case is closed.

4. Pursuant to D. Kan. Rule 54.1 and 28 U.S.C. § 1920, Westchester, as a prevailing party, is entitled to seek to recover costs of this litigation.

5. Westchester requests recovery of costs stated in its Bill of Costs, and itemized in Exhibit 1.

6. As Exhibit 2 indicates, Plaintiff has stipulated to Westchester's costs as laid out in the Bill of Costs, and does not intend to dispute them.

7. Exhibit 3 provides invoices the support the requested costs.

WHEREFORE, Westchester requests this Court's enter judgment in the amount of $23,121.77 as laid out in its Bill of Costs.

/s/ Alan L. Rupe
Alan L. Rupe, KS #08914
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Pkwy, Suite 150
Wichita, KS  67206
Telephone:  (316) 609-7900
Facsimile:   (316) 462-5746

*Attorney for Defendant Westchester Fire Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the February 2, 2024, the foregoing Memorandum in Support of Westchester's Joint Stipulated Bill of Costs was filed using the Court's CM/ECF system which sent copies to all known parties of record.

/s/ Alan L. Rupe
Alan L. Rupe

134955019.1

3